

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SEALED |
| Plaintiff, | 4:20CR 3069 |
| vs. | INDICTMENT |
| GREGORY DIGHTMAN, | 18 U.S.C. § 2251(a) |
| Defendant. | 18 U.S.C. § 2252(a)(4)(B) |

The Grand Jury charges that

### COUNT I

Beginning at least on or about October 27, 2019 continuing until on or about November 18, 2019, within the District of Nebraska, GREGORY DIGHTMAN, the defendant herein, did employ, use, persuade, induce, entice, and coerce a minor, Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce; and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a).

### COUNT II

Beginning at least on or about September 12, 2019 continuing until on or about September 26, 2019, within the District of Nebraska, GREGORY DIGHTMAN, the defendant herein, did employ, use, persuade, induce, entice, and coerce a minor, Victim 2, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct,

1

knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce; and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a).

## COUNT III

Beginning on or about August 12, 2018 and continuing until on or about September 19, 2018, within the District of Nebraska, GREGORY DIGHTMAN, the defendant herein, did employ, use, persuade, induce, entice, and coerce a minor, Victim 3, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce; and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a).

## COUNT IV

Beginning on or about May 21, 2009 and continuing until on or about July 16, 2009, within the District of Nebraska, GREGORY DIGHTMAN, the defendant herein, did employ, use, persuade, induce, entice, and coerce a minor, Victim 4, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce; and using materials that have been mailed, shipped, and

4:20cr 3069

transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a).

## COUNT V

On or about December 4, 2019, within the District of Nebraska, GREGORY DIGHTMAN, the defendant herein, did knowingly possess one or more computer files and other matter which contained an image of child pornography, the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, said computer files and other matter had been shipped or transported in interstate commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

for *[signature]*
TESSIE L. SMITH
Assistant U.S. Attorney